UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re Denise Kovach, Debtor | ) ) ) ) ) ) ) ) | Chapter No. 7 <br> Case No. 14-01200-aih <br><br> Judge Arthur I. Harris |

**NOTICE OF DISMISSAL**

Now comes Creditor, David Ayers, by his counsel, Loevy & Loevy, and hereby dismisses his adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Federal Rule of Bankruptcy Procedure 7041.

*/s/ Russell Ainsworth*
Russell Ainsworth
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607
*Attorney for Creditor David Ayers*
Attorney Bar No. 6280777

1

## CERTIFICATE OF SERVICE

       I, Russell Ainsworth, an attorney, hereby certify that I served the foregoing Notice of Dismissal on March 6, 2015 by the Court's electronic filing system, causing it to be served on all counsel of record.

                              /s/ Russell Ainsworth

David M. Leneghan
200 Treeworth Blvd., Suite 200
Broadview Heights, Ohio 44147
(440) 223- 4260   Fax (440) 838- 4260
leneghanlaw@yahoo.com


Sheldon Stein
400 Terminal Tower
50 Public Square
Cleveland, OH 44113
E-mail: ashl@ix.netcom.com
Phone: (216)696-7449
Fax: (216) 696-5329

David Malik
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026-2538

Sarah Gedeon
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026-2538

Kevin M. Spellacy, McGinty, Hilow & Spellacy Co., LPA,
The Rockefeller Building, Suite 1300
614 West Superior Avenue
Cleveland, Ohio 44113

Anthony Lemons, c/o David Malik, his attorney
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026-2538